GIOACCHINO STABILI, Respondent, v. JOSEPH P. DAY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

LUIGI TARTAGLIA, Administrator, etc., of GENNARO TARTAGLIA, Deceased, Respondent, v. HERBERT G. EINSTEIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

DELAND A. VAN DERWERKEN, Appellant, v. JOHN POLACHEK, Respondent.— Order affirmed, with ten dollars costs and disbursements. The contract in suit called for the rendition of plaintiff's services to the satisfaction of defendant. Plaintiff had to aver in his complaint, and prove on the trial, rendition of the services as called for by the contract, namely, to the satisfaction of defendant. A denial of the allegation of the complaint as to performance under the terms of the contract would allow defendant to offer evidence that the services were not satisfactory to him. The pleading of the same matter by way of defense was, therefore, unnecessary, and plaintiff is not entitled to particulars of a claim which he himself had to meet by evidence. (See *Delano* v. *Columbia M. Works & M. Iron Co.*, 179 App. Div. 153; affd., on opinion below, 226 N. Y. 660; *Fried* v. *Singer*, — Mass. —; 136 N. E. Rep. 609.) Rich, Jaycox, Manning, Kelby and Young, JJ., concur.

JOSEPH A. WUYTACK, Respondent, v. ROSARIO VADALA, Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

In the Matter of the Appointment of HENRY R. BARRETT as a Member of the Committee on Character, etc.— Pursuant to the provisions of rule 1 of the Rules of Civil Practice, Henry R. Barrett, of White Plains, in the county of Westchester, is hereby appointed a member of the Committee on Character and Fitness of Applicants for Admission to the Bar, in and for the Ninth Judicial District, of the Second Judicial Department, in place of Hon. George H. Taylor, Jr., resigned; such appointment to take effect as of January 2, 1923. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

GEORGE BARZ, an Infant, by MATHILDA BARZ, His Guardian ad Litem, Appellant, v. JOHN A. LARSON, Respondent. (Action No. 1.) — Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

MATHILDA BARZ, Appellant, v. JOHN A. LARSON, Respondent. (Action No. 2.) — Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.